# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-09152-RGK (Ex) | Date | November 20, 2018 |
|---|---|---|---|
| Title | ***KARMA POWER, LLC v. HYTECH POWER, INC.*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|
| Sharon L. Williams | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Action to State Court

On September 14, 2018, Karma Power, LLC ("Plaintiff") filed a complaint against Hytech Power, Inc. ("Defendant") alleging claims for 1) misappropriation of trade secrets, 2) conversion, 3) unjust enrichment, and 4) breach of contract.

On October 24, 2018, Defendant removed the action to this Court alleging jurisdiction on the grounds of diversity of citizenship. Upon review of Defendant's Notice of Removal, the Court hereby remands the action for lack of subject matter jurisdiction.

Pursuant to 28 U.S.C. § 1332, district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states and the action involves an amount in controversy that exceeds $75,000. After a plaintiff files a case in state court, the defendant attempting to remove the case to federal court bears the burden of proving the amount in controversy requirement has been met. *Lowdermilk v. United States Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007). If the complaint does not allege that the amount in controversy has been met, the removing defendant must supply this jurisdictional fact in the Notice of Removal by a preponderance of the evidence. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566-567 (9th Cir. 1992).

Plaintiff has alleged in his form complaint that the amount in controversy is over $25,000. Defendant argues that the total value of the claims is greater than $75,000 because the intellectual property at issue in valued at more than $75,000. However, Defendant fails to offer any facts to support this contention. Accordingly, Defendant has failed to satisfy its burden that the amount in controversy meets the jurisdictional requirement.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-09152-RGK (Ex) | Date | November 20, 2018 |
|---|---|---|---|
| Title | ***KARMA POWER, LLC v. HYTECH POWER, INC.*** | | |

In light of the foregoing, the action is hereby **remanded** to state court for all further proceedings.

**IT IS SO ORDERED.**

                                                    : 

Initials of Preparer